## JOHN ROSS v. SARAH SINGLETON.

Court of Chancery. New Castle. June, 1821.